# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SCOTTIE BAGI, et al.,** | ) | **CASE NO. 1:14 CV 558** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **CITY OF PARMA,** | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motion for Summary Judgment filed by Defendants (Docket #54) is hereby GRANTED. Defendant, the City of Parma, is entitled to summary judgment as to Plaintiffs' First Amendment retaliation claim, Count I of the Complaint.

Count II of the Complaint was previously voluntarily dismissed by Plaintiffs.

All pending motions are hereby denied as moot.

This case is hereby TERMINATED. All costs to be borne by Plaintiffs.

IT IS SO ORDERED.

                                                                   s/Donald C. Nugent  
                                                                   DONALD C. NUGENT  
                                                                   United States District Judge

DATED: _August 19, 2016_